UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFERY SPINDEL, on behalf of himself and all others similarly situated,

    *Plaintiff*,

v.

ALDERFER FAMILY FARM LLC, *et al.*,

    *Defendants*.

Case No. 7:23-cv-10710-PMH

District Judge Philip M. Halpern

Magistrate Judge Judith C. McCarthy

## [PROPOSED] ORDER GRANTING MOTION FOR CERTIFICATION OF THE CLASS FOR SETTLEMENT PURPOSES, APPOINTMENT OF JEFFREY SPINDEL AS CLASS REPRESENTATIVE, APPOINTMENT OF RICHMAN LAW & POLICY AS CLASS COUNSEL, AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

WHEREAS, Plaintiff Jeffrey Spindel ("Plaintiff"), with Defendants Alderfer Family Farm, LLC's and Alderfer Poultry Farm, Inc.'s ("Defendants") consent, submitted a motion for certification of the class for settlement purposes, appointment of Jeffrey Spindel as Class Representative, appointment of Richman Law & Policy as Class Counsel, and preliminary approval of the Class Action Settlement (the "Motion");

WHEREAS, the Court has fully considered the Motion;

THEREFORE, it is this \_\_\_\_ day of \_\_\_\_\_ 2025 hereby **ORDERED**, that the Motion is **GRANTED** and:

1. The Settlement Class is preliminarily certified;

2. Plaintiff Jeffrey Spindel is appointed as Class Representative;

3. Plaintiff's counsel Richman Law & Policy is appointed as Class Counsel;

4. The Settlement Agreement is preliminarily approved; and

5. The Class Notice and the Notice Plan are approved.

**IT IS FURTHERED ORDERED** that the Class Notice be disseminated pursuant to the Notice Plan and a fairness hearing for the Final Approval of the Settlement be set for _____.

**IT IS SO ORDERED.**

_____
District Judge Philip M. Halpern


cc: All Counsel