UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JEFFREY SPINDEL, on behalf of himself and
all others similarly situated,

                     Plaintiffs,                  ORDER

v.

                                                  23-CV-10710 (PMH)

ALDERFER FAMILY FARM LLC and
ALDERFER POULTRY FARM, INC.,
724 Harleysville Pike, Telford, PA 18969,

                     Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      In advance of the Final Approval Hearing scheduled for October 22, 2025, and in connection therewith, the parties shall file, no later than 5:00 p.m. on October 10, 2025, the motion for final approval of class action settlement and motion for attorneys' fees, service awards, and expenses including claims administrator, together with proposed orders. The Court expects the motion for attorneys' fees to address the *Goldberger* test, include a lodestar cross-check, and be supported by detailed time records.

Dated: White Plains, New York
       September 30, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge