UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JEFFREY SPINDEL, on behalf of himself and
all others similarly situated,

                          Plaintiffs,                  ORDER

v.

                                          23-CV-10710 (PMH)

ALDERFER FAMILY FARM LLC and
ALDERFER POULTRY FARM, INC.,
724 Harleysville Pike, Telford, PA 18969,

                          Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        On September 30, 2025, the Court directed, *inter alia*, that a motion for attorneys' fees was to be filed by October 10, 2025 and should address the *Goldberger* test, include a lodestar cross-check, and be supported by detailed time records. (Doc. 63).

        Although a Declaration by counsel was submitted, it failed to annex counsel's time records, thus impeding the Court's ability to assess the time and labor expended by counsel. The submission likewise does not include any support for the requested award of expenses. The Court notes that the Memorandum of Law references certain paragraphs in counsel's Declaration that do not appear to align (*compare* Doc. 64 at 9-10 (citing Richman Decl. ¶¶ 5, 6(a), 6(b), 8) *with* Doc. 64-1 ¶¶ 5, 6(a), 6(b), 8). Accordingly, by 5:00 p.m. on October 17, 2025, counsel shall supplement its submission to support the requested attorneys' fees and expenses in accordance with this order.

Dated: White Plains, New York
           October 14, 2025

                                                      **SO ORDERED:**

                                                      _____
                                                      Philip M. Halpern
                                                      United States District Judge