| | **Duane Morris®** | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | DANA B. KLINGES | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1143 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 215 405 2632 | PITTSBURGH |
| LOS ANGELES | *E-MAIL:* DKlingesr@duanemorris.com | NORTH JERSEY |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | SOUTH JERSEY |
| DALLAS | | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

> Application granted. The hearing is adjourned to 3:30 p.m. on October 22, 2025 to be held in Courtroom 520 of the White Plains courthouse.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 17, 2025

October 16, 2025

<u>VIA ECF</u>

Honorable Philip M. Halpern
United States District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    *Jeffrey Spindel v. Alderfer Family Farm LLC, et al.*
              <u>Civil Action No. 7:23-cv-10710-PMH</u>

Dear Judge Halpern:

      We represent Defendants Alderfer Family Farm LLC and Alderfer Poultry Farm, Inc. in the above-captioned action. As the Court is aware, the Final Approval Hearing is scheduled for 2:30 p.m. on Wednesday, October 22, 2025. I am the attorney who will be representing Defendants at the hearing.

      I have just learned that a funeral I must attend has been scheduled for 11 a.m. that day, several hours from the courthouse. I am unable to make it to the courthouse by 2:30 p.m. We respectfully request that the hearing be moved to 3:30 p.m. or later, if the Court's schedule will permit that. If delaying the hearing is not possible, I respectfully request to be permitted to attend by video or teleconference, but it would be far preferable to attend in person.

      Plaintiff's counsel have no objection to either alternative. A change of time could easily be posted on the settlement website as well as on the Court docket. Importantly, however, there are no objections to the settlement and the parties have received no notification that any class member or third party intends to appear. Thus, we expect the only attendees (other than Court personnel) to be the parties' counsel.

DUANE MORRIS LLP
30 SOUTH 17TH STREET                                                                                                         PHONE: +1 215 979 1000    FAX: +1 215 979 1020
PHILADELPHIA, PA 19103-4196                                                                                                                     DM1\20202839.1

DuaneMorris

Hon. Philip M. Halpern
October 16, 2025
Page 2

    We appreciate the Court's consideration of this request and apologize for this inconvenient but unavoidable development.

Respectfully,

*Dana B. Klinges*

Dana B. Klinges

DBK\dmg

cc:    All Counsel (via ECF)

DM1\20202839.1