UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERY SPINDEL, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ALDERFER FAMILY FARM LLC, *et al.*,<br><br>*Defendants*. | Case No. 7:23-cv-10710-PMH<br><br>District Judge Philip M. Halpern<br><br>Magistrate Judge Judith C. McCarthy |

**[~~PROPOSED~~] ORDER GRANTING CONSENT MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLMENT, ATTORNEYS' FEES AWARD,
EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARD**

WHEREAS, Plaintiff Jeffrey Spindel ("Plaintiff"), with the consent of Defendants Alderfer Family Farm, LLC's and Alderfer Poultry Farm, Inc., submitted a motion for final approval of class action settlement, approval of attorneys' fees award, approval of reimbursement of expenses, and approval of his Class Representative service award;

WHEREAS, the Court has fully considered the Motion; and

WHEREAS, the Parties have appeared at a hearing on this matter on October 22, 2025;

THEREFORE, it is this 22nd day of October 2025 hereby **ORDERED**, that the Motion is **GRANTED** and:

1. The Court finds that Class Notice has been adequately provided;
2. The Class Action Settlement is approved;
3. Class Counsel are awarded attorneys' fees are awarded in the amount of $86,250;
4. Plaintiff Jeffrey Spindel is awarded $5,000 for his service as Class Representative; and
5. Plaintiff's expenses are reimbursed in the amount of $ $10,465.01.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 64) and close this case.

1

**IT IS SO ORDERED.**

_____
District Judge Philip M. Halpern

Dated: White Plains, New York
October 22, 2025

cc: All Counsel